Honorable Christopher M. Alston
Hearing date: August 4, 2017; 9:30 a.m.
Hearing Place: Room 7206, 700 Stewart Street, Seattle, WA 98101
Responses due by: July 28, 2017; by 4:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>BEAR PLUMBING INC.,<br><br>   Debtor(s). | Chapter 7<br>Bankruptcy No. 12-12833<br><br>TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES |

  COMES NOW the trustee, Nancy James, through counsel The Livesey Law Firm, and Rory C. Livesey, and moves this court for an order authorizing the trustee to sell property of the estate. The property to be sold, the terms of the sale and the other details can be summarized as follows:

| | |
|---|---|
| Street address of property to be sold: | 448 Wannacut Lake Road<br>Oroville, WA 98844 |
| Legal description of property to be sold: | Pt Gov't Lot 2, 23-39-29 & Pt Pat 962 |
| Parcel No.: | 3926230012 |
| Sale price: | $55,000.00 |
| Terms of sale: | Cash at Closing |
| Purchaser:<br>Purchaser's address: | David and Linda Bensing, and/or assigns<br>21 Horse Spring Coulee Road<br>Tonasket, WA 98855 |
| Costs of sale: | The estate will pay the real estate agent a commission of 10% of the gross sales price or such lesser amount as the agents shall agree to; and, the estate will pay those costs of sale customarily paid by the Seller in Eastern Washington. These costs would include, but |

**TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
170613eMot Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 12-12833-CMA Doc 84 Filed 07/14/17 Ent. 07/14/17 09:33:26 Pg. 1 of 2

| | | |
|---|---|---|
| | | are not limited to, title insurance, real estate taxes due through the date of sale and one-half of the escrow costs. |
| | Utility Liens | In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utilities bills incurred over several months. The trustee will pay these liens from the sale proceeds. |
| | Encumbrances & approximate claim amounts: | (1) Okanogan County property taxes - $1,300. |

Said sale will be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property, said liens and interests to be satisfied from those proceeds. Notwithstanding the foregoing, the trustee requests the authority to pay the above named secured creditors, in the order of their liens to the extent funds are available.

The sale is being done as part of a settlement with the bankruptcy estate of Barry and Tammi Anderson (Case No. 12-15916), wherein each estate will receive one half of the net proceeds after cost of sale. Each estate is on title to the property. Originally Edmund J. Wood was the trustee for both estates. The property is vested in that trustee. He has agreed to execute any documents needed to conclude the sale.

The trustee employed a realtor to list and market the property. The proposed purchaser was secured through normal marketing procedures. Therefore, the trustee believes and therefore alleges that the purchaser is a good faith purchaser for value.

WHEREFORE, the trustee prays for an order accordingly.

DATED this 13th day of July, 2017.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorneys for Trustee

**TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
170613eMot Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 12-12833-CMA    Doc 84    Filed 07/14/17    Ent. 07/14/17 09:33:26    Pg. 2 of 2